UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JORGE LUIS HERNANDEZ VILLAZON

Case No.: 8:25-cr-327-WFJ-AAS
Case No. 25-mj-6401-PAB (SDFL)

_____/

## ORDER

Upon due consideration of the United States' Motion for an Order Revoking Defendant's Release and to Stay Order of Release (Dkt. 9), the Court **STAYS** the order of Defendant's release pending a detention hearing review before the undersigned.

**DONE AND ORDERED** at Tampa, Florida on July 7, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE