UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 25-cr-00327-WFJ-AAS

UNITED STATES OF AMERICA

v.   **UNDER SEAL**

JORGE HERNANDEZ VILLAZON,

    **Defendant.**
_____/

**UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION FOR CONFLICT INQUIRY**

    The defendant, **JORGE HERNANDEZ VILLAZON**, through undersigned counsel, respectfully files this Unopposed Motion for a brief Extension of Time (three days) to File his Response to the Government's Sealed Motion for a Conflict Inquiry. The grounds for this Unopposed Motion are as follows:

    1. Mr. Hernandez's Response to the government's Sealed Motion for a conflict of interest inquiry is currently due on Tuesday, September 30, 2025.

    2. The Magistrate Court scheduled a hearing on the Sealed Motion for October 28, 2025 at 10:00 am.

    3. Due to an unexpected family emergency, undersigned counsel has not been able to finalize Mr. Hernandez's Response. A brief extension of time, until Friday, October 3, 2025, will allow defense counsel the necessary time to handle the medical emergency and adequately finalize the Response.

    4. Today, undersigned counsel discussed this request for a three day extension

of time to file the Response with AUSA Daniel Baeza, who stated that the government did not oppose the request.

5. This request is made in good faith and not for the purpose of delay

**WHEREFORE**, the defendant, Jorge Luis Hernandez Villazon, respectfully requests that Unopposed Motion for an Extension of Time (until Friday, October 3, 2025) to file his Response to the Government's Sealed Motion for a Conflict Inquiry be granted

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Florida 33134
Tel: (305) 443-0629
Fax: (305) 377-3030

*Silvia B. Piñera-Vazquez*

Silvia B. Piñera-Vazquez
Florida Bar Number 821527
sbp@pineravazquezlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2025 the foregoing document was filed Under Seal and a copy was forwarded to AUSA Dan Baeza by electronic mail.

*Silvia B. Piñera-Vazquez*

Silvia B. Piñera-Vazquez, Esq.