**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:    8:25-cr-327-WFJ-AAS** | **DATE:**        April 22, 2026 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** Carlos Ravelo (Sworn)<br>**LANGUAGE:** Spanish |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JORGE LUIS HERNANDEZ VILLAZON** | **GOVERNMENT COUNSEL**<br>Daniel Baeza, AUSA. |
| | **DEFENSE COUNSEL**<br>Silvia Pinera-Vazquez, Retained. |
| **COURT REPORTER:**  Tana Hess | **DEPUTY CLERK:**  Gabriella Lobaina |
| **TIME:** 9:32 AM – 10:03 AM<br><br>**TOTAL:** 31 Minutes | **COURTROOM:**   15B |

**PROCEEDINGS: ARRAIGNMENT / MOTION HEARING**

Court in session and counsel identified for the record.

Defendant present and advised of charges. Defendant waived reading of Superseding Indictment.

The Defendant enters a plea of not guilty and moves to participate in discovery.

The Court discusses with the parties the pending Motion to Dismiss Indictment by Jorge Luis Hernandez Villazon (Dkt. 73), Response in Opposition by USA (Dkt. 77), Reply to Response to Motion to Dismiss by Jorge Luis Hernandez Villazon (Dkt. 90), Motion for Bill of Particulars by Jorge Luis Hernandez Villazon (Dkt. 75), Response by USA (Dkt. 92), Notice of Public Authority Defense by Jorge Luis Hernandez Villazon (Dkt. 76), and Response by USA (Dkt. 94).

Status report to be filed by Ocala AUSA Belkis Callaos regarding discovery in 7 days.

The Court takes under advisement the Motion for Bill of Particulars (Dkt. 75).

Defense counsel to file, by June 1, 2026, list under Public Authority.  Government to respond to filing within 30 days.

Counsel to confer and submit to chambers a proposed 1-page order on production of the informant files by May 10, 2026.

The Court takes under advisement the Motion to Dismiss Indictment (Dkt. 73).

For the reasons stated on the record, the Court removes this case from the May trial calendar. Status conference set for August. Trial date to be set at a later time.

Court adjourned.