UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:25-cr-327-WFJ-AAS

JORGE LUIS HERNANDEZ VILLAZON

### GOVERNMENT'S STATUS REPORT

Pursuant to the Court's Order (Doc. 96), entered April 22, 2026, the United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files the following status report. In response to the Court's inquiries, the United States states as follows.

A Filter Team was assigned in this case to conduct a privilege review of certain electronic and physical evidence. Specifically, this evidence consists of more than one terabyte of data from nine forensic extractions (one iCloud account, six cellphones, and two laptops) and approximately one thousand physical documents. The Filter Team is composed of two Filter Agents (a DEA Special Agent and an FBI Special Agent) and the undersigned Assistant United States Attorney (AUSA).

By way of background, the privilege review involves a two-step process. First, the filter agents conduct a preliminary review of the evidence and identify any materials believed to be protected. Second, the evidence is forwarded to the filter AUSA, who conducts a review of all materials and makes the final privilege determination.

In this case, the preliminary review of the evidence was divided between the two Filter Agents. Specifically, the DEA Agent was assigned to review the iCloud extraction—consisting of over half a terabyte of data—and the FBI Agent was assigned to review the physical documents and the remaining forensic extractions—consisting of about half a terabyte of data.

The DEA Filter Agent completed his review of the iCloud extraction, and the undersigned is still in the process of reviewing the data and determining which information is privileged and thus protected. So far, more than 110,000 messages have been identified as potentially privileged and require careful review.

The FBI Filter Agent is in the process of reviewing the remaining forensic extractions. He anticipates needing an additional 60 days to complete the review. With respect to the physical documents, the FBI Filter Agent completed his review and identified a number of documents as privileged. The undersigned has reviewed the privileged documents to confirm that they are protected and will begin reviewing the rest of the documents upon receipt.

Because the undersigned has seen only about half of the materials that need to be reviewed, it is difficult to provide an estimate of when the filter review will be completed. This will be mostly dependent on how many potentially privileged materials are found in the forensic extractions being reviewed by the FBI Filter Agent. If the content of those extractions is similar to that of the iCloud extraction, it would likely take several more months to complete the review—particularly considering the amount of data involved and the complexity of the filter review, which has so far

revealed hundreds of thousands of potentially protected messages involving numerous different individuals.

In light of the foregoing, the United States respectfully requests the opportunity to provide an additional update to the Court in approximately 60 days once the undersigned is in receipt of the remaining evidence.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Belkis H. Callaos*
Belkis H. Callaos
Assistant United States Attorney
Florida Bar No. 1004413
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: belkis.callaos@usdoj.gov

**U.S. v. HERNANDEZ VILLAZON**          **CASE NO. 8:25-cr-327-WFJ-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Belkis H. Callaos*
Belkis H. Callaos
Assistant United States Attorney
Florida Bar No. 1004413
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: belkis.callaos@usdoj.gov