UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 25-cr-00327-WFJ-AAS

UNITED STATES OF AMERICA

v.

JORGE HERNANDEZ VILLAZON,

    Defendant.

_____/

### ORDER DIRECTING SUBMISSION AND DISCLOSURE OF CONFIDENTIAL SOURCE MATERIALS

**THIS CAUSE** comes before the Court upon the agreement of the parties regarding the handling and disclosure of materials relating to Defendant Jorge Hernandez Villazon's prior cooperation with federal law enforcement agencies including the Federal Bureau of Investigation ("FBI"), Homeland Security Investigations ("HSI"), and the Drug Enforcement Administration ("DEA").

The Court finds that Defendant has asserted defenses that place directly at issue his relationship with federal authorities, including a public authority defense and related due process claims. The Court further finds that records maintained by the FBI, HSI, and DEA concerning Defendant's status, activities, and communications as a cooperating source or confidential informant are potentially material to the preparation of the defense and to issues pending before the Court.

The Court also recognizes that such materials may contain sensitive law enforcement information. Accordingly, a structured process is necessary to balance the

Defendant's constitutional rights with legitimate governmental interests.

Accordingly, it is hereby **ORDERED**:

### 1.    Submission for In Camera Review

Within fourteen (14) days of the entry of this Order, the United States shall cause the FBI, HSI, and DEA to collect and submit directly to the Court, under seal, all materials in their possession, custody, or control reflecting or relating to Defendant Jorge Hernandez Villazon's status, activities, or communications as a cooperating source or confidential informant.

### 2.    Scope of Materials

The materials to be submitted shall include, to the extent they exist, confidential informant files; informant reports, or equivalent memoranda; payment or reimbursement records; communications between Defendant and federal agents or task force officers; documentation reflecting authorization, direction, or awareness of Defendant's activities.

### 3.    Ex Parte Submission

The United States may submit the materials ex parte for the Court's initial in camera review. To the extent the government contends that any materials should not be disclosed to the defense, it shall identify those materials and provide a written submission explaining the basis for nondisclosure.

### 4.    Disclosure to the Defense

Following its in camera review, the Court will identify to the parties the materials within the United States' ex parte disclosure that are material to the preparation of the defense, including those bearing on the Defendant's asserted

defenses, the existence or scope of any authorization or direction by government agents, and the credibility of government witnesses. The Court may permit the United States to submit objections to the disclosure of any materials the Court identified and permit the Defendant an opportunity to respond.

### 5. Protective Conditions

Any materials disclosed to the defense in camera shall be subject to appropriate protective conditions as determined by the Court. Unless otherwise ordered, such materials shall be designated for in camera review to defense counsel and investigators only, and shall not be further disseminated without prior approval of the Court. The Court may require redactions or other safeguards to protect sensitive law enforcement interests. Special Agents of the FBI, HSI, and DEA, and attorneys for the United States shall be permitted to be present during inspection.

### 6. Opportunity to Be Heard

The Court may permit the parties to submit additional briefing, including sealed submissions, regarding the scope of disclosure following its in camera review.

### 7. Preservation Requirement

The FBI, HSI, and DEA are directed to preserve all materials responsive to this Order pending further order of the Court.

**DONE AND ORDERED** in Tampa, Florida, on this 18th day of May, 2026.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE