UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF FLORIDA

CASE NO. 25-00327-WFJ

UNITED STATES OF AMERICA

v.

JORGE LUIS HERNANDEZ VILLAZON ,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO SUPPRESS AND REQUEST FOR EVIDENTIARY HEARING

Defendant, Jorge Hernandez Villazon, through undersigned counsel, respectfully moves this Court, pursuant to Middle District of Florida Local Rule 3.01( c), for leave to file a Reply to the Government's Response to his Motion to Suppress FDC Recorded Conversation and Request for Evidentiary Hearing.  The grounds for this Motion are as follows:

1.  On June 30, 2026, Mr. Hernandez filed his Motion to Suppress recorded conversations at the Federal Detention Center in Miami and a Request for an Evidentiary Hearing. [ECF No. 119].

2.  On July 14, 2026, the government filed its Response in opposition. [ECF No. 124].[1]

3.  The government's Response raises numerous factual assertions and legal arguments that were not previously addressed in Mr. Hernandez's Motion and that

_____

[1] Undersigned counsel was out of the country last week and unable to file this request earlier.

warrant a limited reply.

4. Specifically, the government advances new factual assertions concerning the circumstances surrounding the February 29, 2024 covert recording that extend beyond the allegations addressed in Mr. Hernandez's  Motion; offers new characterizations regarding Mr. Hernandez's role, his prior legal work, and the nature of the recorded conversation; and, responds to Mr. Hernandez's constitutional claims with legal theories that merit clarification. A brief Reply will ensure that the Court has a complete and accurate presentation of the issues before ruling.

5. Further, the government's Response repeatedly injects factual assertions and arguments concerning undersigned defense counsel that are unrelated to the legal merits of the pending Motion to Suppress. These assertions create an incomplete and inaccurate factual narrative that Mr. Hernandez should be permitted to address. A limited Reply will enable Mr. Hernandez to correct the record and respond to those new assertions without unnecessarily expanding the issues before the Court.

6. The proposed Reply will not repeat arguments already presented. Rather, it will be narrowly directed toward addressing these new factual assertions and legal arguments, clarifying the record, and assisting the Court in resolving the constitutional and evidentiary issues raised by the Motion.

7. Because the government's Response introduces issues not fully anticipated in the opening motion, a reply will materially assist the Court in its consideration of the pending suppression motion and will promote a complete and accurate record.

8.    Mr. Hernandez respectfully requests that, if leave is granted, the Court

permit the defense to file his Reply within seven (7) days of the entry of the Court's Order. Given the constitutional issues presented and the number of new factual assertions and legal arguments raised by the government that require clarification, a seven day period will permit Mr. Hernandez to prepare a concise and focused Reply that will assist the Court without causing undue delay.  The Reply will be filed prior to the status conference in this case currently scheduled for August 5, 2026.

9.  Local Rule 3.01(g) Certification. Undersigned counsel conferred with AUSA Daniel Baeza regarding the relief requested in this motion who stated that the government opposed the granting of this request

**WHEREFORE**, defendant Jorge Hernandez Villazon respectfully requests that this Court enter an Order granting him leave, pursuant to Local Rule 3.01(c), to file a Reply to the government's Response to his Motion to Suppress FDC Recorded Conversation and Request for Evidentiary Hearing within seven (7) days after entry of the Court's Order.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Fl. 33134
Tel:  (305) 443-0629
Fax: (305) 377-3030

  /s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez
sbp@pineravazquezlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I **HEREBY CERTIFY** that on July 20, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

　　　　　　　　　　　　　　　　 /s/ Silvia B. Piñera-Vazquez
　　　　　　　　　　　　　　　 Silvia B. Piñera-Vazquez, Esq.