UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 25-cr-00327-WFJ-AAS

UNITED STATES OF AMERICA

v.

JORGE HERNANDEZ VILLAZON,

   Defendant.

_____/

### DEFENDANT JORGE HERNANDEZ'S STATUS REPORT REGARDING PENDING MOTIONS AND OUTSTANDING MATTERS

The defendant, **JORGE HERNANDEZ VILLAZON**, through undersigned counsel, respectfully submits this Status Report for the Court's consideration in advance of the August 5, 2026, status conference.

A.    Status of the Case

Mr. Hernandez was arrested at his home in Weston, Florida, on June 17, 2025, pursuant to a criminal complaint issued in this District. (DE 1, 5). On July 1, 2025, a grand jury returned an Indictment charging Mr. Hernandez with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Following his initial appearance in the Southern District of Florida, the magistrate judge ordered Mr. Hernandez released on bond pending trial. The government appealed that determination, and this Court subsequently revoked Mr. Hernandez's bond and ordered him detained pending trial. (DE 30). Mr. Hernandez has now remained in continuous pretrial detention for approximately fourteen (14) months.

On April 9, 2026, a grand jury returned a Superseding Indictment adding Juan Carlos Cerchiaro Caldera as a co-defendant and charging both defendants with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956. (DE 78). Mr. Caldera was arrested on May 19, 2026, made his initial appearance the following day, and was ordered detained pending trial. (DE 106). He likewise remains in federal custody.

### B.    Pending Motions

The following substantive motions are fully briefed and remain pending before the Court:

1.    Defendant Hernandez's Motion to Dismiss the Indictment (DE 73);

2.    Defendant Hernandez's Motion for Bill of Particulars (DE 75);

3.    Defendant Hernandez's Notice of Public Authority Defense and Motion for Related Discovery (DE 76);

4.    Defendant Hernandez's Motion to Suppress FDC Recorded Conversation and Request for Evidentiary Hearing (DE 119);

5.    Defendant Hernandez's Motion Requesting In Camera *Brady* review and Production of Informant File (DE 115);

6.    Sealed matters.

### C.    Outstanding Discovery Matters

Several discovery issues remain unresolved and bear upon the pending motions, including:

- Discovery related to the materials reviewed by the filter team for items

seized when Mr. Hernandez was arrested over a year ago. On April 22, 2026, the Court ordered the filter team attorney to file a status report (DE 96), which was filed on April 29, 2026 (DE 99). Despite repeated requests, the defense has not yet received any of the materials identified by the filter team and respectfully requests an update regarding the anticipated production of those materials;

- Production and review of the materials related to Mr Hernandez's multiple agency informant files that the Court ordered the government bates stamp and provide to the Court (DE 115);

- *Giglio* material related to all cooperating defendants and witnesses;

- Production of any translated audio recordings the government intends to use at trial. The government has produced an English transcript of only the February 29, 2024 FDC recording. Defense counsel has identified apparent translation discrepancies and is attempting to resolve those issues with the government before seeking Court intervention. The remaining recorded conversations that the government may seek to introduce remain untranslated;

- Materials concerning the planning, authorization, coordination, and execution of the February 29, 2024 recorded meeting at the Federal Detention Center in Miami;

- Production of all materials regarding Mr. Hernandez's role as a paralegal and member of the criminal defense teams that represented several of the

cooperating defendants in this case;

- All documented and undocumented threats to Mr. Hernandez and his family in the possession of any government agency as a result of his cooperation and trial testimony against two corrupt DEA agents in the Southern District of New York in late 2023, and pending related cases.

The defense continues to review discovery produced by the government and will promptly advise the Court should additional motion practice become necessary.

### C.    Evidentiary Hearing

Mr. Hernandez respectfully submits that the Motion to Suppress (DE 119) presents substantial constitutional questions concerning the government's initiation and use of the February 29, 2024 recorded meeting at the Federal Detention Center, including the circumstances under which the recording was orchestrated, the government's involvement in that operation, and the relationship between that operation and the ensuing investigation. The motion raises issues under the Fifth and Sixth Amendments that cannot be fully resolved without an adequate factual record. Accordingly, Mr. Hernandez respectfully requests that the Court schedule and evidentiary hearing before ruling on the motion.

### D.    Trial Readiness

The defense is actively preparing the case for trial while simultaneously litigating the pending pretrial motions. Once the Court resolves the outstanding motions, counsel anticipates being in a better position to discuss an appropriate trial schedule and any remaining pretrial deadlines.

E.    Matters for Discussion at the Status Conference

1.    the status of the pending motions;

2.    the status of the government's outstanding discovery obligations, including the filter team materials, informant files, Giglio disclosures, and translated recordings;

3.    whether an evidentiary hearing should be scheduled on Mr. Hernandez's Motion to Suppress; and,

4.    an appropriate schedule for the disposition of the pending motions and any additional discovery;

5.    the setting of trial.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Florida 33134
Tel: (305) 443-0629

*Silvia B. Piñera-Vazquez*

_____
Silvia B. Piñera-Vazquez
Florida Bar Number 821527
sbp@pineravazquezlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*Silvia B. Piñera-Vazquez*

_____
Silvia B. Piñera-Vazquez, Esq