**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:** 8:25-cr-327-WFJ-AAS | **DATE:** September 4, 2026 | |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** James Plunkett<br>**LANGUAGE:** Spanish | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JORGE LUIS HERNANDEZ VILLAZON**<br>**JUAN CARLOS CERCHIARO CALDERA** | **GOVERNMENT COUNSEL**<br>Daniel Baeza, AUSA<br><br>**DEFENSE COUNSEL**<br>Silvia Pinera-Vazquez, Ret.<br>Genesis Peduto, Ret. | |
| **COURT REPORTER:** Lainey Fergueson | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:** 11:41 AM – 12:10 PM<br>**TOTAL:** 29 Minutes | **COURTROOM:** | 15B via Zoom. |

**PROCEEDINGS: STATUS CONFERENCE**

Court in session and counsel identified for the record.

Defendants present via Zoom.

Counsel to confer and notify the Court of potential trial dates.

Government advised estimated trial length to be 5-8 days.

Counsel to confer and select 1-2 days for a motion hearing on all pending motions (except for the Motion for Bill of Particulars), 6-8 weeks prior to trial date.

Court adjourned.