UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 25-cr-00327-WFJ-AAS

UNITED STATES OF AMERICA

v.

JORGE HERNANDEZ VILLAZON,

Defendant.
_____________________________________/

DEFENDANT JORGE HERNANDEZ'S STATUS REPORT
REGARDING FILTER TEAM DISCOVERY

The defendant, **JORGE HERNANDEZ VILLAZON**, through undersigned counsel, respectfully submits this Status Report as directed by the Court at the September 4, 2026 status conference concerning the discovery produced through the Government's filter team. The defense reports the following regarding the three categories of materials produced.

1. **Three-Terabyte Hard Drive.** The defense remains unable to meaningfully access or review the electronic discovery contained on the approximately three-terabyte hard drive produced by the Government.

On August 26, 2026, FBI Special Agent Xavier Castaneda advised undersigned counsel that he had consulted with the FBI's CART team and confirmed that "what was provided was the raw data." Agent Castaneda further advised that the phone data could be accessed with Cellebrite, while the computer data would require a different program, and that the FBI does not provide the programs necessary to access the data.

The defense advised the Government that production of raw forensic data that cannot be accessed without specialized software does not permit meaningful review of the discovery. On September 4, 2026, the Government responded that FBI agents would "put together a Cellebrite report with the evidence contained in the devices."

The defense has yet to receive any report, however, preparation of a Cellebrite report does not resolve the defense's concern. The defense seeks access to the underlying data produced on the three-terabyte drive, not merely a report generated by the government from that data. A government generated report is a processed presentation of the device contents and does not afford the defense the ability to independently examine the complete forensic production, conduct its own searches, review associated data and metadata, or determine whether information not included in the government's report is relevant to the defense.

The defense is not requesting that the government purchase forensic software for defense counsel. Rather, the defense requests that the electronic discovery be provided in a reasonably accessible and reviewable format, including any viewer, reader, export, or other means necessary to permit independent examination of the data already produced. At present, the defense possesses approximately three terabytes of raw data but lacks the means to access and independently review that production.

Independent access is particularly important because the filter-team production may contain privileged, potentially privileged, exculpatory, or otherwise defense-relevant material whose significance cannot be determined by reviewing only material

selected for inclusion in a government generated report.

**2. Separate Flash Drive.** The Government separately produced a flash drive containing additional discovery. The defense has been able to open the flash drive and access and review the materials contained on it. There is presently no accessibility issue concerning that production.

**3. Hard-Copy Documents.** The defense has also received copies of the physical documents produced through the filter-team review. Those materials were provided in an accessible form and the defense has been able to review them.

The outstanding issue therefore concerns the electronic evidence contained on the three-terabyte hard drive. The defense respectfully requests that the Court order the government to provide the electronic production in a format, or with the necessary viewer or other means of access, that permits the defense to independently review the complete data previously produced.

The defense submits this Status Report in compliance with the Court's September 4, 2026 direction.

Respectfully submitted,

PIÑERA-VAZQUEZ LAW FIRM
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Florida 33134
Tel: (305) 443-0629
Fax: (305) 377-3030

/s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez, Esq.
Florida Bar Number 821527
sbp@pineravazquezlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez, Esq.